No. 624

BETLYEWSKI v. KESS

Ohio Appeals, 8th Dist., Cuyahoga Co.

No. 8109. Decided May 23, 1927.

Judges Shields, Lemert and Houck, 5th district, sitting.

1235. VERDICTS—Where violence of blows in assault is such that plaintiff sustained fractured rib and other badily injuries causing great pain, a verdict of $500.00 is not excessive.

Error to Municipal Co.
Judgment affirmed.

First Publication of this Opinion

HOUCK, J.

Mary Kess sued Eufemia Betlyewski in the Cleveland Municipal Court alleging that she was assaulted and, by violence, of blows on her head, face and body, sustained a fractured rib and other bodily injuries and suffered great pain.

Trial was had to a jury which returned a verdict in favor of Kess for $500.00 and judgment was entered on the verdict. Error was prosecuted on the grounds that the verdict and judgment are manifestly against the weight of the evidence and that the verdict is excessive.

If the facts and statements made by counsel in the case are to be relied upon, then in view of the injuries as admitted by counsel to have resulted to the plaintiff below by the acts of the defendant and under all the circumstances and surroundings in the case, this court can reach but one conclusion, namely, that the pudgment is not excessive and is not contrary to the evidence.

Judgment affirmed.

(Shields, PJ., and Lemert, J., concur).

Attorneys—John Pendras for Betlyewski; Dunlap & Stevens for Kess; all of Cleveland.

No. 625

UNIVERSITY CLUB CO. v. McBRIDE, Treas.

Ohio Appeals, 8th Dist., Cuyahoga Co.

No. 7551. Decided May 23, 1927.

Judges Shields, Lemert and Houck, 5th district, sitting.

1157. TAXATION—Taxpayer, claiming to have paid taxes under increased valuation, cannot avail himself of provisions of 12075 GC. by seeking to enjoin collection of such taxes, unless he pursues administrative remedies provided in 5609 and 5610 GC. (Hammond Treas. v. Winder, Rec., 112 OS. 158, followed).

Error to Common Pleas. Judgment affirmed.

First Publication of this Opinion

HOUCK, J.

Suit was brought in the Cuyahoga Common Pleas by the University Club against Ralph C. McBride, County Treasurer, for the recovery of taxes claimed to have been illegally collected for the year, 1924, said action being instituted by favor of 12075 GC.

Defendant filed a demurrer on the ground that the allegations did not state facts sufficient to constitute a cause of action and said demurrer was sustained.

Defendant relied upon 5609 and 5610 GC., which sections provided, as was claimed, that before plaintiff is entitled to the relief prayed for, such a claimant, under the law, is required to file with the taxing officers as required by said statutory provisions, complaint against any valuation or assessment of property and that such is a condition precedent to maintaining such suit.

The trial court did not err in sustaining the demurrer, and the case of Hammond, Treas. v. Winder, Rec., 112 OS. 158 is decisive of the facts and law raised in the instant case.

Judgment affirmed.

(Shields, PJ., and Lemert, J., concur).

Attorneys—Simmons, DeWitt & Vilas for Club; E. C. Stanton for McBride; all of Cleveland.